(121 So. 428)

**Herbert BOSARGE and Clarence Ladnier v. STATE. (1 Div. 537.)**

Supreme Court of Alabama. March 28, 1929.

Smiths, Young & Johnston, of Mobile, for petitioners.

Charlie C. McCall, Atty. Gen., for the State.

BROWN, J. Petition of Herbert Bosarge and Clarence Ladnier for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Bosarge & Ladnier v. State, 121 So. 427.

Writ denied.

ANDERSON, C. J., and SAYRE and THOMAS, JJ., concur.